Adeline Frizzell, appellee, v. Maywood Temple Association, appellant. Gen. No. 37,593.

Opinion filed April 10, 1935.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Guy C. Guerine, for appellee.

Mr. Justice Wilson delivered the opinion of the court.


Evelyn Krueger, appellee, v. City of Chicago, appellant. Gen. No. 37,689.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Robert E. Dowling and Thadeus Niemira, Assistant City Attorneys, of counsel. Lowenhaupt & Wolff and Charles C. Spencer, for appellee; Albert A. Gomberg and Richard M. Spencer, of counsel.

Mr. Justice Wilson delivered the opinion of the court.


Carrie A. Cross, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 37,724.

Opinion filed April 10, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. Bramhall & Novotny and Urion, Bishop, Sladkey & Boutell, for appellee; Jerome J. Sladkey and Joseph F. Novotny, of counsel.

Mr. Justice Wilson delivered the opinion of the court.


Charles Schubert, appellee, v. The Peoples Trust and Savings Bank of Chicago, appellant. Gen. No. 37,759.

Opinion filed April 10, 1935.

Cooke, Sullivan & Ricks, for appellant; George J. O'Grady, of counsel. Bayley, Merrick, Webster & Gregory, for appellee; Robert S. Hunter and Newell C. Munson, of counsel.

Mr. Justice Wilson delivered the opinion of the court.